JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., a California Corporation,<br>    Plaintiff,<br><br>              v.<br><br>ZULILY, LLC, etc., et al.,<br>    Defendants. | No.: 2:24-cv-00095-DSF-MRW<br><br>JUDGMENT |

   The Court having granted Plaintiff Fabric Selection, Inc.'s motion for default judgment against Defendant Zulily, LLC, and Defendant Design West Mode USA LLC, and having found that Plaintiff is entitled to monetary damages in the amount of $18,000 in statutory damages, $1,680 in attorneys' fees, and $405 in costs,

   IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Fabric Selection, Inc. and against Defendant Zulily, LLC and Defendant Design West Mode USA LLC. Defendants are ordered to pay Plaintiff $20,085, as follows:

   1. Defendant Zulily, LLC is ordered to pay $12,000 in statutory damages;

   2. Defendant Design West Mode USA LLC is ordered to pay $6,000 in statutory damages;

   3. Defendants are jointly and severally liable for $1,680 in attorneys' fees; and,

4. Defendants are jointly and severally liable for $405.00 in costs.

Date: September 10, 2024

Dale S. Fischer
United States District Judge